IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE B. ROBERTSON,
    Plaintiff,

vs.                                    CASE NO. 4:06cv118-SPM/WCS

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated June 8, 2006 (doc. 11). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference in this order.

2. This action is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division.

DONE AND ORDERED this 19th day of July, 2006.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge